MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

DAMALI A. TAYLOR (CABN 262489)
MARC PRICE WOLF (CABN 254495)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    marc.wolf@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 13-0794 WHA |
| v. | |
| CESAR CASTELLANOS, | STIPULATION RE SENTENCING AND JUDGMENT |
| Defendant. | |

After the sentencing of defendant Cesar Castellanos on April 28, 2015, the parties and probation noticed a small error in what was said on the record with respect to the term of supervised released for two of the counts of conviction. Mr. Castellanos was convicted and sentenced on Counts One (18 U.S.C. § 1962(d) - RICO Conspiracy), Four (18 U.S.C. § 924(c) – Carrying/Using a Firearm in Furtherance of a Crime of Violence), Five (18 U.S.C. § 1959(a)(5) – Attempted Murder in Aid of Racketeering), and Fifteen (18 U.S.C. § 18 U.S.C. § 1512(a)(2) – Witness Tampering). At the sentencing hearing, the Court stated, and the parties and probation did not object, that Mr. Castellanos should have a 5 year term of supervised release which would run concurrent on all counts. The proper disposition should be a 5 year term of supervised release for Counts One and Four, and a 3 year term of

supervised release for counts Five and Fifteen, all to run concurrently. This change would have no effect on the sentence of Mr. Castellanos, but it would at least correct the record.

At the conclusion of the sentencing, the government did not orally move to dismiss the open charges against Mr. Castellanos. The government hereby moves and the parties stipulate to dismiss Counts Two and Three of the Indictment against Mr. Castellanos.

The parties and probation have no objection to having these changes be reflected in the judgment.

IT IS SO STIPULATED.

DATED: May 1, 2015

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
MARC PRICE WOLF
DAMALI TAYLOR
Assistant United States Attorneys

/s/
GEORGE BOISSEAU
Attorney for Defendant Cesar Castellanos

IT IS SO ORDERED.

DATE: May 5, 2015.

WILLIAM ALSUP
United States District Judge